AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 1:21-mj-976 |
| Terrance Clarke | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 3, 2021_____ in the county of _____Hamilton_____ in the

_____Southern_____ District of _____Indiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
s/Seth Goldstein
*Complainant's signature*

_____
Seth Goldstein, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
_____telephone_____ *(reliable electronic means)*

Date:  _____October 22, 2021_____

City and state:  _____Indianapolis, Indiana_____

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

**AFFIDAVIT IN SUPPORT OF AN APPLICATION**
**FOR A CRIMINAL COMPLAINT**

Your Affiant, Seth Goldstein, being duly sworn, does depose and state:

**Affiant Background and Purpose of Affidavit**

1.      I am currently a Detective with the Fishers Police Department (FPD).  My law enforcement career began in 2005 as a sworn law enforcement officer with the Los Angeles Police Department (LAPD).  I remained in this position until 2012 when I became a sworn law enforcement officer for FPD.  In December 2019, I was assigned as a Detective to the Crime Gun Intelligence Center (CGIC) – Indianapolis Task Force.  In September 2020, I became a Task Force Officer (TFO) for the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice.  In connection with my duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119.

2.      I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations.  I have also been involved in various types of surveillance and in the interviews of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3.      The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training.  This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter.  The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4.      This Affidavit is submitted in support of a Criminal Complaint charging Terrance CLARKE (DOB: xx/xx/1988) with one count of Possession of a Firearm by a Prohibited Person, in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

### Facts and Circumstances Supporting Probable Cause

5.      On October 3, 2021, at or about 10:30 am, Terrance CLARKE was operating a black Hyundai Elantra (hereinafter "Elantra") and working as a Lyft driver.  CLARKE picked up a female customer/passenger in the 13000 block of Sterling Commons in the city of Fishers, IN (Southern District of Indiana).  This female customer/passenger would later tell investigators that she smelled the odor (recognized from her past experience) of burnt marijuana when she sat in the rear passenger seat of the Elantra.  CLARKE drove this female customer/passenger from this pickup location onto eastbound 131st Street and into the Cumberland Road roundabout intersection.  When CLARKE drove the Elantra into this intersection, a collision with another vehicle occurred.

6.      Following the collision, CLARKE and the other involved vehicle pulled to the side of the road.  The female customer/passenger observed CLARKE immediately remove a bag from the front passenger seat and put this bag in the trunk of the Elantra.  CLARKE then removed a second bag from under the front passenger seat and placed this bag in the trunk of the Elantra.

7.      Officers from the Fishers Police Department (FPD) responded to the scene of the traffic collision.  The female customer/passenger told the FPD Officers what she had witnessed.

Additionally, the FPD Officers on scene independently smelled the odor of marijuana coming from the Elantra.

8.     A driver's license and warrants check was performed by the FPD Officers and it was discovered that CLARKE had an active and extraditable warrant out of Georgia for Criminal Attempt Armed Robbery and Aggravated Assault (Warrant No. MC-01-CR-CR-21-4133). CLARKE was taken into custody and placed under arrest for the active warrant.

9.     FPD Officers conducted a search of the Elantra based upon the odor of marijuana. During the search of the Elantra, a Smith & Wesson model SD40VE 40 caliber handgun (s/n FDM3369) was recovered from a pink, white, and red backpack located in the trunk.  This firearm was loaded with (1) round in the chamber and (13) rounds in the magazine.  A second loaded magazine and a small plastic bag containing marijuana was also located inside this backpack.

10.    On October 13, 2021, Indiana State Latent Print Forensic Scientist conducted an examination of a digital latent print recovered from the magazine loaded inside the Smith & Wesson model SD40VE.   The examination identified this latent print to be CLARKE's (Laboratory Case No. 21I-07931).

11.    CLARKE has previously been convicted of Title 18 United States Code § 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Offense in the Middle District of Georgia under case no. 3:15-CR-0030-001 on or about May 1, 2017.  CLARKE had knowledge of this conviction.

12.    As to the firearm referenced in this Affidavit, the Smith & Wesson model SD40VE is indeed a firearm under federal law.  Furthermore, an interstate nexus expert with ATF reviewed the firearms' characteristics and determined that neither firearm was manufactured in the state of

Indiana. By virtue of their presence in the State of Indiana, therefore, the firearms had to have been transported or shipped in interstate or foreign commerce.

13.     All of the above events occurred in the Southern District of Indiana, Indianapolis Division.

## Conclusion

14.     Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on or about October 3, 2021, in the Southern District of Indiana, Terrance CLARKE, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging CLARKE with this crime, along with a warrant for his arrest.

/s/Seth Goldstein
Seth Goldstein, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephonic communication.

Dated:  October 22, 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana