UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00103-JPH-MG |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) |
| TERRANCE CLARKE | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☐ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cr-00103-JPH-MG |
| ) | |
| TERRANCE CLARKE, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant Terrance Clarke filed a motion seeking compassionate release under 18 U.S.C. 3582(c)(1)(A), alleging that his need for medical and mental health treatment justified releasing him from prison. Dkt. 119.

The general rule is that sentences imposed in federal criminal cases are final and may not be modified. 18 U.S.C. § 3582(c). Yet, under one exception to this rule, a court may reduce a sentence of imprisonment "after considering the factors set forth in [18 U.S.C. § 3553(a)] to the extent that they are applicable," if it finds that there are "extraordinary and compelling reasons" that warrant a reduction. 18 U.S.C. § 3582(c)(1)(A)(i).

The Bureau of Prisons' website and this Court's docket reflect that, soon after he filed his compassionate release motion, Mr. Clarke was released from prison and began serving his term of supervised release. *See* https://www.bop.gov/inmateloc/ (last visited June 13, 2025); dkt. 126 (transferring jurisdiction of supervised release to the Middle District of Georgia). Because Mr. Clarke has completed his term of imprisonment, the

1

Court can no longer grant him relief under § 3582(c)(1)(A)(i), and his motion for compassionate release, dkt. [119], is **denied as moot**.

Mr. Clarke did not update his address with the Court after his release from prison. Because the Court does not have a current address for Mr. Clarke, his probation officer is asked to provide him with a copy of this order. The **clerk is directed** to send a copy of this order to Mr. Clarke's probation officer at the address in the Distribution, below.

**SO ORDERED.**

Date: 6/18/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

U.S. Probation Office
Middle District of Georgia
115 E. Hancock Avenue
Athens, GA 30601-2771